```
1   JAMERSON C. ALLEN (State Bar No. 132866)
    CORTNEY L. MCDEVITT (State Bar No. 241879)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, CA  94105
    Telephone     415.394.9400
4   Facsimile:    415.394.9401

5   Attorneys for Defendant
    HILTON HOTELS CORPORATION
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOANE ATWOOD, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO, EMBASSY SUITES HOTEL, and DOES I through X, inclusive,<br><br>Defendants. | Case No. CV 08 5002 EMC<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶ED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## RECITALS

**WHEREAS,** Plaintiff DOANE ATWOOD ("Plaintiff") filed this action against defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION (erroneously sued as "Embassy Suites Hotel") ("Defendants") on or about November 3, 2008;

**WHEREAS,** Plaintiff requested Defendant HILTON HOTELS CORPORATION waive formal service on or about November 25, 2008 by mailing a copy of the Complaint and waiver of

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT                                Case No. CV 08 5002 EMC

service to counsel for Defendant HILTON HOTELS CORPORATION;

**WHEREAS**, Defendant HILTON HOTEL CORPORATION'S responsive pleading to the Complaint is due on or about January 24, 2009;

**WHEREAS,** Defendants and CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, and OFFICER AARON PIOMBO have not yet been served with the Complaint;

**WHEREAS**, the Parties have agreed to attend mediation before the Honorable Charles A. Legg (Ret.) prior to Defendants filing responsive pleadings in this matter;

**WHEREAS,** there have been no prior time modifications in this matter; and

**WHEREAS**, the change requested herein would require continuance of the Initial Case Management Conference, currently set for January 21, 2009, and related deadlines:

## AGREEMENT

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION will provide Plaintiff DOANE ATWOOD with a waiver of formal service of the Summons and Complaint by January 15, 2009.

The Parties will Mediate this matter before Honorable Charles A. Legg (Ret.) by March 15, 2009.

If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION respond to Plaintiff DOANE ATWOOD'S Complaint by March 30, 2009.

The Initial Case Management Conference, currently set for January 21, 2009, will be continued according to this Court's timeline.

///

///

2

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT — Case No. CV 08 5002 EMC

In so stipulating, Defendants expressly reserve their rights to object to the jurisdiction of a Magistrate Judge, and request reassignment to a District Judge.

Respectfully submitted,

Date: January ___, 2009                          BRUCE NICKERSON

                                                 By_____
                                                    Bruce W. Nickerson
                                                    Attorney for Plaintiff
                                                    DOANE ATWOOD


Date: January ___, 2009                          JACKSON LEWIS, LLP

                                                 By_____
                                                    Jamerson C. Allen
                                                    Cortney L. McDevitt
                                                    Attorneys for Defendant
                                                    HILTON HOTELS CORPORATION


Dated: January 6, 2009                           BERTRAND, FOX & ELLIOT

                                                 By /s/ Thomas Bertrand
                                                    Tom Bertrand
                                                    Attorney for Defendants
                                                    CITY OF SAN RAFAEL, CHIEF
                                                    MATTHEW ODETTO, OFFICER
                                                    ROLEGIO LEON, OFFICER
                                                    ROBERT HENKEL, OFFICER
                                                    RICHARD CLARY, and OFFICER
                                                    AARON PIOMBO

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT                              Case No. CV 08 5002 EMC

In so stipulating, Defendants expressly reserve their rights not to consent to the jurisdiction of a Magistrate Judge, and request reassignment to a District Judge.

Respectfully submitted,

Date: January 7, 2009            BRUCE NICKERSON

                                 By /s/ Bruce W. Nickerson
                                    Bruce W. Nickerson
                                    Attorney for Plaintiff
                                    DOANE ATWOOD

Date: January 7, 2009            JACKSON LEWIS LLP

                                 By /s/
                                    Jamerson C. Allen
                                    Cortney L. McDevitt
                                    Attorneys for Defendant
                                    HILTON HOTELS CORPORATION

Dated: January 7, 2009           BERTRAND, FOX & ELLIOT

                                 By _____
                                    Tom Bertrand
                                    Attorney for Defendants
                                    CITY OF SAN RAFAEL, CHIEF
                                    MATTHEW ODETTO, OFFICER
                                    ROLEGIO LEON, OFFICER
                                    ROBERT HENKEL, OFFICER
                                    RICHARD CLARY, and OFFICER
                                    AARON PIOMBO

---

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT                    Case No. CV 08 5002 EMC

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby orders:

1. Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION will provide Plaintiff DOANE ATWOOD with a waiver of formal service of the Summons and Complaint by January 15, 2009.

2. The Parties will Mediate this matter before Honorable Charles A. Legg (Ret.) by March 15, 2009.

3. If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION respond to Plaintiff DOANE ATWOOD'S Complaint by March 30, 2009.

4. The Initial Case Management Conference, currently set for January 21, 2009, is hereby continued to April 15, 2009 at 1:30 p.m. A Joint CMC statement is due April 8, 2009.

5. The dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

6. Defendants' rights to object to the jurisdiction of the Magistrate Judge and request reassignment to a District Judge are reserved.

**IT IS SO ORDERED.**

DATED: January 13, 2009



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT

Case No. CV 08 5002 EMC

4