JAMERSON C. ALLEN (State Bar No. 132866)
CORTNEY L. MCDEVITT (State Bar No. 241879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401

Attorneys for Defendant
HILTON HOTELS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOANE ATWOOD, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO, EMBASSY SUITES HOTEL, and DOES I through X, inclusive,<br><br>Defendants. | Case No. CV 08 5002 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>ORDER |

## RECITALS

**WHEREAS**, Plaintiff DOANE ATWOOD ("Plaintiff") filed this action against defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION (erroneously sued as "Embassy Suites Hotel") ("Defendants") on or about November 3, 2008;

**WHEREAS,** Plaintiff requested Defendant HILTON HOTELS CORPORATION waive formal service on or about November 25, 2008 by mailing a copy of the Complaint and waiver of

1  service to counsel for Defendant HILTON HOTELS CORPORATION;

2  **WHEREAS**, Defendant HILTON HOTEL CORPORATION'S responsive pleading to the

3  Complaint is due on or about January 24, 2009;

4  **WHEREAS,** Defendants and CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO,

5  OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY,

6  and OFFICER AARON PIOMBO have not yet been served with the Complaint;

7  **WHEREAS**, the Parties have agreed to attend mediation before the Honorable Charles A.

8  Legg (Ret.) prior to Defendants filing responsive pleadings in this matter;

9  **WHEREAS,** there have been no prior time modifications in this matter; and

10 **WHEREAS**, the change requested herein would require continuance of the Initial Case

11 Management Conference, currently set for January 21, 2009, and related deadlines:

## AGREEMENT

13 Pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

14 Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER

15 ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER

16 AARON PIOMBO AND HILTON HOTEL CORPORATION will provide Plaintiff DOANE

17 ATWOOD with a waiver of formal service of the Summons and Complaint by January 15, 2009.

18 The Parties will Mediate this matter before Honorable Charles A. Legg (Ret.) by

19 March 15, 2009.

20 If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW

21 ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD

22 CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION respond to

23 Plaintiff DOANE ATWOOD'S Complaint by March 30, 2009.

24 The Initial Case Management Conference, currently set for January 21, 2009, will be

25 continued according to this Court's timeline.

26 ///

27 ///

28

In so stipulating, Defendants expressly reserve their rights not to consent to the jurisdiction of a Magistrate Judge, and request reassignment to a District Judge.

Respectfully submitted,

Date: January 7, 2009

BRUCE NICKERSON

By /s/ Bruce W. Nickerson
Bruce W. Nickerson
Attorney for Plaintiff
DOANE ATWOOD

Date: January 7, 2009

JACKSON LEWIS LLP

By /s/
Jamerson C. Allen
Cortney L. McDevitt
Attorneys for Defendant
HILTON HOTELS CORPORATION

Dated: January 7, 2009

BERTRAND, FOX & ELLIOT

By _____
Tom Bertrand
Attorney for Defendants
CITY OF SAN RAFAEL, CHIEF
MATTHEW ODETTO, OFFICER
ROLEGIO LEON, OFFICER
ROBERT HENKEL, OFFICER
RICHARD CLARY, and OFFICER
AARON PIOMBO

In so stipulating, Defendants expressly reserve their rights to object to the jurisdiction of a Magistrate Judge, and request reassignment to a District Judge.

Respectfully submitted,

Date: January ___, 2009            BRUCE NICKERSON

By_____
    Bruce W. Nickerson
    Attorney for Plaintiff
    DOANE ATWOOD

Date: January ___, 2009            JACKSON LEWIS, LLP

By_____
    Jamerson C. Allen
    Cortney L. McDevitt
    Attorneys for Defendant
    HILTON HOTELS CORPORATION

Dated: January 6, 2009

BERTRAND, FOX & ELLIOT

By _/s/ Tom Bertrand_____
    Tom Bertrand
    Attorney for Defendants
    CITY OF SAN RAFAEL, CHIEF
    MATTHEW ODETTO, OFFICER
    ROLEGIO LEON, OFFICER
    ROBERT HENKEL, OFFICER
    RICHARD CLARY, and OFFICER
    AARON PIOMBO

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT      Case No. CV 08 5002 EMC

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby orders:

1. Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION will provide Plaintiff DOANE ATWOOD with a waiver of formal service of the Summons and Complaint by January 15, 2009.

2. The Parties will Mediate this matter before Honorable Charles A. Legg (Ret.) by March 15, 2009.

3. If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION respond to Plaintiff DOANE ATWOOD'S Complaint by March 30, 2009.

4. The Initial Case Management Conference, currently set for January 21, 2009, is hereby continued to __4/15/09 at 1:30 p.m.__.

5. The dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

6. Defendants' rights to object to the jurisdiction of the Magistrate Judge and request reassignment to a District Judge are reserved.

**IT IS SO ORDERED.**

DATED: March 16, 2009

_____
Judge Edward M. Chen
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

4

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT         Case No. CV 08 5002 EMC