BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

Attorney for the Plaintiff Class

# IN THE UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOANE ATWOOD, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO, EMBASSY SUITES HOTEL, and DOES I through X, inclusive,<br><br>Defendants. | Case No. CV 08 5002 ~~EMC~~ JSW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS, the parties have at last scheduled a mediation session for June 2, 2009 before the Honorable Charles A. Legg (Ret.):

**AGREEMENT**

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

1.   The Parties will mediate this matter before Honorable Charles A. Legg (Ret.) by June 2, 2009.

2.   If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER

-1-

RICHARD CLARY, OFFICER AARON PIOMBO and HILTON HOTEL CORPORATION will file their responsive pleadings to Plaintiff DOANE ATWOOD'S Complaint by June 7, 2009.

     3.    The Initial Case Management Conference, currently set for April 15, 2009, will be continued according to June 10, 2009.

     4.    In so stipulating, Defendants expressly retain their rights not to consent to the jurisdiction of a Magistrate Judge, and request reassignment to a United States District Judge. The dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

Respectfully submitted,

Date: April 8, 2009                        BRUCE NICKERSON

                                            By     /s/
                                                 Bruce W. Nickerson
                                                 Attorney for Plaintiff
                                                 DOANE ATWOOD

Date:  April 9, 2009                    JACKSON LEWIS, LLP

                                            By     /s/
                                                 Jamerson C. Allen
                                                 Cortney L. McDevitt
                                                 Attorneys for Defendant
                                                 HILTON HOTELS CORPORATION

Dated:  April 9, 2009                 BERTRAND, FOX & ELLIOT

                                            By     /s/
                                                 Tom Bertrand
                                                 Attorney for Defendants
                                                 CITY OF SAN RAFAEL, CHIEF
                                                 MATTHEW ODETTO, OFFICER
                                                 ROLEGIO LEON, OFFICER
                                                 ROBERT HENKEL, OFFICER
                                                 RICHARD CLARY, and OFFICER
                                                 AARON PIOMBO

~~PROPOSED~~ ORDER

Based on the foregoing, and good cause so appearing, the Court hereby orders:

1. The Parties will mediate this matter before Honorable Charles A. Legg (Ret.) by June 2, 2009;

2. If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO and HILTON HOTEL CORPORATION will respond to Plaintiff DOANE ATWOOD'S Complaint by June 7, 2009;

3. The Initial Case Management Conference, currently set for April 15, 2009, is hereby continued to ~~June 10, 2009~~ June 12, 2009 at 1:30 p.m.  A joint CMC statement is due ~~June 3, 2009~~; June 5, 2009.

4. The dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly; and

5. Defendants' rights to object to the jurisdiction of the Magistrate Judge and request reassignment to a District Judge are reserved.

Dated: April 14, 2009                    __/s/ Jeffrey S. White_____
United States ~~Magistrate~~ Judge
DISTRICT

H:\H\HILTON HOTELS CORP -- LITIGATION (40293)\Atwood, Doane (131119)\Pleadings\20090409 JCA Final Stipulation to Extend Time to Respond to Complaint.doc