```
JAMERSON C. ALLEN (State Bar No. 132866)
CORTNEY L. MCDEVITT (State Bar No. 241879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone     415.394.9400
Facsimile:    415.394.9401

Attorneys for Defendant
HILTON HOTELS CORPORATION
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOANE ATWOOD, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO, EMBASSY SUITES HOTEL, and DOES I through X, inclusive,<br><br>Defendants. | Case No. CV 08 5002 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING THE TIME TO CONDUCT MEDIATION, FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |

## RECITALS

**WHEREAS,** Plaintiff DOANE ATWOOD ("Plaintiff") filed this action against defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION (erroneously sued as "Embassy Suites Hotel") ("Defendants") on or about November 3, 2008;

**WHEREAS,** on January 9, 2009, the Parties entered into a Stipulation extending time for

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT

Case No. CV 08 5002 JSW

All Defendants to respond to Plaintiff's Complaint;

**WHEREAS**, on January 13, 2009, Magistrate Judge Edward M. Chen entered an Order requiring the Parties to mediate matter before Honorable Charles A. Legg (Ret.) by March 15, 2009, and if mediation proved unsuccessful, to file responsive pleadings by March 30, 2009 and appear at an Initial Case Management Conference on April 15, 2009;

**WHEREAS,** this action was reassigned to Judge James S. White and Judge White extended the time to mediate the case before Judge Legge to June 2, 2009 and set a Case Management Conference for June 11, 2009;

**WHEREAS,** after the mediation was confirmed with Judge Legge's office for June 2, 2009, Judge Legge's schedule caused him to become unavailable on that date and the parties and Judge Legge have rescheduled the mediation for June 11, 2009;

**WHEREAS**, the change requested herein would require continuance of the Initial Case Management Conference, currently set for June 11, 2009, and related deadlines:

## AGREEMENT

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

The Parties will mediate this matter before Honorable Charles A. Legg (Ret.) by June 11, 2009.

If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO and HILTON HOTEL CORPORATION will file their responsive pleadings to Plaintiff DOANE ATWOOD'S Complaint by June 18, 2009.

The Initial Case Management Conference, currently set for June 11, 2009, will be continued according to this Court's timeline.

2

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT                                    Case No. CV 08 5002 JSW

05/29/2009 13:55 IFAX ecopy@jacksonlewis.com → Reception 002/002
05/29/2009 13:58 FAX 415 356 0990 BERTRAND FOX & ELLIOT 002/002
Case3:08-cv-05002-JSW Document 16 Filed 05/29/2009 Page 3 of 5

Respectfully submitted,

Date: May 29, 2009    BRUCE NICKERSON

By _____
Bruce W. Nickerson
Attorney for Plaintiff
DOANE ATWOOD

Date: May 29, 2009    JACKSON LEWIS, LLP

By _____
Jamerson C. Allen
Cortney L. McDevitt
Attorneys for Defendant
HILTON HOTELS CORPORATION

Dated: May 29, 2009    BERTRAND, FOX & ELLIOT

By _____
Tom Bertrand
Attorney for Defendants
CITY OF SAN RAFAEL, CHIEF
MATTHEW ODETTO, OFFICER
ROLEGIO LEON, OFFICER
ROBERT HENKEL, OFFICER
RICHARD CLARY, and OFFICER
AARON PIOMBO

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR ALL DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT    Case No. CV 08 5002 JSW

```
 1    Respectfully submitted,
 2
 3
      Date:  May 29, 2009              BRUCE NICKERSON
 4
 5
                                       By /s/ Bruce W. Nickerson
 6                                        Bruce W. Nickerson
                                          Attorney for Plaintiff
 7                                        DOANE ATWOOD
 8
 9    Date:  May 29, 2009              JACKSON LEWIS, LLP
10
11                                     By_____
                                          Jamerson C. Allen
12                                        Cortney L. McDevitt
                                          Attorneys for Defendant
13                                        HILTON HOTELS CORPORATION
14
      Dated: May 29, 2009
15
                                       BERTRAND, FOX & ELLIOT
16
17                                     By_____
                                          Tom Bertrand
18                                        Attorney for Defendants
                                          CITY OF SAN RAFAEL, CHIEF
19                                        MATTHEW ODETTO, OFFICER
                                          ROLEGIO LEON, OFFICER
20                                        ROBERT HENKEL, OFFICER
                                          RICHARD CLARY, and OFFICER
21                                        AARON PIOMBO
22
23
24
25
26
27
28
                                       3
     STIPULATION AND [PROPOSED] ORDER
     EXTENDING TIME FOR ALL DEFENDANTS
     TO RESPOND TO PLAINTIFF'S COMPLAINT                Case No. CV 08 5002 JSW
```

## PROPOSED ORDER

Based on the foregoing, and good cause so appearing, the Court hereby orders:

1. The Parties will Mediate this matter before Honorable Charles A. ~~Legg~~ Legge (Ret.) by June 11, 2009.

2. If Mediation is unsuccessful, Defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON PIOMBO AND HILTON HOTEL CORPORATION respond to Plaintiff DOANE ATWOOD'S Complaint by June 18, 2009.

3. The Initial Case Management Conference, currently set for ~~June 18, 2009~~ June 12, 2009, is hereby continued to July 17, 2009. A joint CMC statement is due July 10, 2009.

4. The dates set forth in this Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**IT IS SO ORDERED.**

DATED: June 1, 2009

_____
The Honorable James S. White
United States District Judge
Jeffrey S. White