1  JAMERSON C. ALLEN (State Bar No. 132866)
   CORTNEY L. MCDEVITT (State Bar No. 241879)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, CA  94105
   Telephone    415.394.9400
4  Facsimile:    415.394.9401

5  Attorneys for Defendant
   HILTON HOTELS CORPORATION
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOANE ATWOOD, individually and on behalf | Case No. CV 08 5002 EMC
   | of Class of Persons similarly situated,   |
12 |                                            | **STIPULATION AND [PROPOSED]**
   |              Plaintiffs,                   | **ORDER CONDITIONALLY**
13 |                                            | **DISMISSING ACTION**
14 |      v.                                    |
   | CITY OF SAN RAFAEL, CHIEF MATTHEW          |
15 | ODETTO, OFFICER ROLEGIO LEON,              |
   | OFFICER ROBERT HENKEL, OFFICER             |
16 | RICHARD CLARY, OFFICER AARON               |
   | PIOMBO, EMBASSY SUITES HOTEL, and          |
17 | DOES I through X, inclusive,               |
18 |              Defendants.                   |

19

20                           **RECITALS**

21       **WHEREAS,** Plaintiff DOANE ATWOOD ("Plaintiff") filed this action against

22 defendants CITY OF SAN RAFAEL, CHIEF MATTHEW ODETTO, OFFICER ROLEGIO

23 LEON, OFFICER ROBERT HENKEL, OFFICER RICHARD CLARY, OFFICER AARON

24 PIOMBO AND HILTON HOTEL CORPORATION (erroneously sued as "Embassy Suites

25 Hotel") ("Defendants") on or about November 3, 2008;

26       **WHEREAS,** the Parties attended mediation before the Honorable Charles A. Legge (Ret.)

27 on June 11, 2009, and reached a general settlement including a release of all claims:

28

                                    1

## AGREEMENT

The Parties hereby stipulate to and request the Court issue the following orders:

That all court dates and deadlines currently on calendar, including the Case Management Conference set for July 17, 2009, are vacated.

That this matter is deemed conditionally dismissed, pending the consummation of the Parties' settlement, including the execution of a settlement agreement and release of all claims, within 60 days of the Court's Order. Any Party may seek to vacate this conditional dismissal upon written motion to the Court and all other Parties to this action.

Respectfully submitted,

Date: June 17, 2009

BRUCE NICKERSON

By _____
Bruce W. Nickerson
Attorney for Plaintiff
DOANE ATWOOD


Date: June 17, 2009

JACKSON LEWIS, LLP

By _____
Jamerson C. Allen
Cortney L. McDevitt
Attorneys for Defendant
HILTON HOTELS CORPORATION


Dated: June 17, 2009

BERTRAND, FOX & ELLIOT

By _____
Tom Bertrand
Attorney for Defendants
CITY OF SAN RAFAEL, CHIEF
MATTHEW ODETTO, OFFICER
ROLEGIO LEON, OFFICER
ROBERT HENKEL, OFFICER
RICHARD CLARY, and OFFICER
AARON PIOMBO

2

STIPULATION AND [PROPOSED] ORDER                            Case No. CV 08 5002 EMC

## AGREEMENT

The Parties hereby stipulate to and request the Court issue the following orders:

That all court dates and deadlines currently on calendar, including the Case Management Conference set for July 17, 2009, are vacated.

That this matter is deemed conditionally dismissed, pending the consummation of the Parties' settlement, including the execution of a settlement agreement and release of all claims, within 60 days of the Court's Order. Any Party may seek to vacate this conditional dismissal upon written motion to the Court and all other Parties to this action.

Respectfully submitted,

Date: June ___, 2009          BRUCE NICKERSON


                              By_____
                                 Bruce W. Nickerson
                                 Attorney for Plaintiff
                                 DOANE ATWOOD


Date: June ___, 2009          JACKSON LEWIS, LLP


                              By_____
                                 Jamerson C. Allen
                                 Cortney L. McDevitt
                                 Attorneys for Defendant
                                 HILTON HOTELS CORPORATION


Dated: June 17, 2009          BERTRAND, FOX & ELLIOT

                              By /s/ Thomas Bertrand
                                 Tom Bertrand
                                 Attorney for Defendants
                                 CITY OF SAN RAFAEL, CHIEF
                                 MATTHEW ODETTO, OFFICER
                                 ROLEGIO LEON, OFFICER
                                 ROBERT HENKEL, OFFICER
                                 RICHARD CLARY, and OFFICER
                                 AARON PIOMBO

2

STIPULATION AND [PROPOSED] ORDER                              Case No. CV 08 5002 EMC

| | |
|---|---|
| 1 | <div align="center">~~PROPOSED ORDER~~</div> |
| 2 | Based on the foregoing, and good cause so appearing, the Court hereby orders: |
| 3 | 1.      The Court recognizes the provisional settlement entered into by the Parties on |
| 4 | June 11, 2009, under the auspices of the Honorable Charles A. Legg (Ret.). |

1.     The Court recognizes the provisional settlement entered into by the Parties on June 11, 2009, under the auspices of the Honorable Charles A. Legg (Ret.).

2.     All court dates and deadlines currently on calendar, including the Case Management Conference set for July 17, 2009, are vacated.

3.     This matter is deemed conditionally dismissed, pending the consummation of the Parties' settlement, including the execution of a settlement agreement and release of all claims, within 60 days of the Court's Order.  Any Party may vacate this conditional dismissal upon written motion to the Court and all other Parties to this action.

**IT IS SO ORDERED.**

DATED: June 18, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge